JEFFERSON L. EVERS v. PENDER COUNTY BOARD OF EDUCATION AND HAYWOOD DAVIS, SUPERINTENDENT

No. 453A91

(Filed 8 May 1992)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision by a divided panel of the Court of Appeals, 104 N.C. App. 1, 407 S.E.2d 879 (1991), which affirmed an order entered by *Strickland, J.*, in Superior Court, PENDER County, upholding the dismissal of plaintiff as a teacher in the Pender County School System. Heard in the Supreme Court 15 April 1992.

*Reid, Lewis, Deese & Nance, by James R. Nance, Jr., for plaintiff appellant.*

*Hogue, Hill, Jones, Nash & Lynch, by William L. Hill, II, for defendant appellees.*

PER CURIAM.

For the reasons stated in the opinion by Judge Wynn for the Court of Appeals, the decision of the Court of Appeals is affirmed.

Affirmed.